# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00124-CR

**Jose Alberto Alejandro-Najarro, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
## NO. CR-16-0499, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's pro se response to appointed counsel's *Anders* brief was originally due March 30, 2020. On appellant's motions, the time for filing his response was extended to August 27, 2020. Appellant has filed a fourth motion, requesting that the Court once again extend the time for filing appellant's pro se response. We grant the motion for extension of time and order appellant to file his pro se response, if he chooses to do so, no later than **September 28, 2020**. No further extension of time will be granted. Failure to comply with this order will result in the case being submitted to this Court without the response.

It is so ordered on September 2, 2020.

Before Justices Goodwin, Kelly, and Smith

Do Not Publish